MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7223
   Facsimile: (415) 436-6982
   E-Mail:   Barbara.Silano@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 91-0324 WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO |
| ) | CONTINUE STATUS HEARING ON |
| v. ) | SUPERVISED RELEASE VIOLATION NOTICE |
| ) | FORM 12 |
| OLAF PETER JUDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Defendant is before the Court on a supervised release violation signed by U.S. Probation Bobby Love on November 21, 2011. Counsel Steven Gruel was appointed by the Court to represent Mr. Juda on this most recent violation.

    The case is currently scheduled for March 6, 2012 before this Court for status. Both parties, joined by U.S. Probation Officer Love, request that the matter be continued until April 24, 2012. Mr. Gruel is currently traveling often out of state on a family health emergency. In addition, Mr. Gruel has requested time to familiarize himself with the new violation. Continuing the matter by stipulation and order has the added benefit of allowing the defendant to avoid a

Stpulation and [Proposed] Order to Continue
CR 91-0324 WHA

costly and potentially unproductive trip to the Northern District of California.

WHEREFORE, for the reasons stated herein, both sides stipulate and agree that the status hearing currently scheduled for March 6, 2012, at 2:00 p.m., be continued until April 24, 2012 at 2:00 p.m..

                                                     Respectfully Submitted,

Date: February 23, 2012            MELINDA HAAG
                                                       United States Attorney

                                                       __/s/_____
                                                       BARBARA BRENNAN SILANO
                                                     Assistant United States Attorney

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | BARBARA BRENNAN SILANO (MASSBAR 055540)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7223<br>Facsimile: (415) 436-6982<br>E-Mail: Barbara.Silano@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 91-0324 WHA |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO CONTINUE STATUS HEARING |
| v. | ) | |
| OLAF PETER JUDA, | ) | |
| Defendant. | ) | |

BOTH SIDES HAVING STIPULATED AND AGREED AND GOOD CAUSE APPEARING, it is hereby ORDERED that:

The status hearing on the supervised release violation currently scheduled for March 6, 2012 at 2:00 p.m. is hereby continued until April 24, 2012 at 2:00 p.m.

Dated: February 24, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Order to Continue
CR 91-0324 WHA