STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Olaf Peter Juda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>OLAF PETER JUDA,<br><br>    Defendant. | No. CR-91-0324-WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MAY 15, 2012 HEARING DATE TO JULY 10, 2012<br><br>Honorable William H. Alsup |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Barbara Silano, counsel for the Plaintiff, and Defendant Olaf Peter Juda, by his Counsel, Steven F. Gruel, that the probation hearing currently scheduled for May 15, 2012, at 2:00 p.m., is continued to July 10, 2012 at 2:00 p.m., or as soon thereafter as is convenient for the Court.

    The reason and good cause for this continuance is that defense counsel and the United States Probation Officer in San Diego have had scheduling conflicts which have not allowed their meeting to take place. This additional time will allow for this meeting to occur and also for

possibility of the United States Attorney's Office to assist in the effort to transfer Mr. Juda's supervision to the Southern District of California.

The United States Probation Officer, Bobby Love, assigned to this case has been notified of this continuance and he has no objection to this continuance. He has also indicated that July 10, 2012, is an available date for him.

IT IS SO STIPULATED.

Dated: May 14, 2012     /s/
STEVEN F. GRUEL
Attorney for Olaf Peter Juda

Dated: May 14, 2012     /s/
BARBARA SILANO
Attorney for United States of America

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

Dated: May 15, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE