STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Olaf Peter Juda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  Vs.<br><br>OLAF PETER JUDA,<br><br>       Defendant. | No. CR-91-0324-WHA<br><br>REPORT TO COURT REGARDING MEETING WITH SOUTHERN DISTRICT OF CALIFORNIA PROBATION OFFICE<br><br>-and -<br><br>STIPULATION AND [PROPOSED] ORDER TO TAKE MATTER OFF CALENDER<br><br>Honorable William H. Alsup |

Defendant OLAF PETER JUDA, by and through his attorney, Steven F. Gruel, hereby respectfully submits this Report To The Court Regarding Meeting With The Southern District of California Probation Office.

## REPORT TO THE COURT

At the last calling of the case, Your Honor ordered that defense counsel travel to the San Diego Probation Department for the Southern District of California to confer with that office. The Court requested that counsel discuss with the Southern District Probation Department the

*REPORT TO THE COURT and STIPULATION AND [PROPOSED] ORDER*

possibility of transferring supervision of Mr. Juda from the Northern District to the Southern District.

Since that Court appearance, defense counsel suffered a detached retina which required emergency surgery and a long term of recovery. Nonetheless, counsel is pleased to report to the Court that the meeting with the Southern District Probation Office occurred and was successful.

Moreover, since the last calling of the case, Mr. Juda has been in full compliance with his supervision while residing in the San Diego area. Three routine and random tests for drug use have all proven negative.

Specifically, on September 5, 2012, defense counsel traveled to San Diego and met with Mr. Juda, Probation Officer Supervisory Sean Quintal and Probation Officer Libby Simons. Supervisory Quintal mentioned that prior to the meeting he spoke with Probation Officer Bobby Love, and had also read reports and documents pertaining to Mr. Juda's supervision.

Supervisor Quintal agreed that the Southern District would now take over the supervision of Mr. Juda. It is understood that Your Honor still maintains jurisdiction over this case and, if Mr. Juda violates supervision or if there is some reason for court involvement, that this Court would handle that proceeding.

Also, Supervisor Quintal, Mr. Juda and defense counsel discussed any request by Mr. Juda to travel to Mexico while on supervision. Supervisor Quintal stated that travel to Mexico for those under supervision in the Southern District is common and not *per se* prohibited. Consequently, on a request-by-request evaluation and permission by the Probation Department and with Your Honor's concurrence, Mr. Juda could be permitted to travel to Mexico.

All conditions of supervised release imposed by Your Honor shall remain as Mr. Juda's conditions for supervision in the Southern District of California.

Probation Officer Libby Simons has been assigned to be Mr. Juda's probation officer in the Southern District of California.

Dated: September 17, 2012 \_\_\_\_/s/_____
STEVEN F. GRUEL
Attorney for Olaf Peter Juda

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Barbara Silano, counsel for the Plaintiff, and Defendant Olaf Peter Juda, by his Counsel, Steven F. Gruel, that the probation hearing currently scheduled for September 18, 2012, at 2:00 p.m. be taken off calendar. This joint request is predicated on the above report showing that the United States Probation Department for the Southern District of California has agreed to assume supervision of Mr. Juda as summarized in the report.

The United States Probation Officer, Bobby Love, assigned to this case has been notified of this request and he has no objection.

IT IS SO STIPULATED.

Dated: September 17, 2012 \_\_\_\_/s/_____
STEVEN F. GRUEL
Attorney for Olaf Peter Juda

Dated: September 17, 2012 \_\_/s/_____
BARBARA SILANO
Attorney for United States of America

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: September 18, 2012 _____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*REPORT TO THE COURT and STIPULATION AND [PROPOSED] ORDER*